# CASE ANNOUNCEMENTS

*July 18, 2014*

[Cite as *07/18/2014 Case Announcements*, 2014-Ohio-3157.]

## MOTION AND PROCEDURAL RULINGS

**2014–0711.   State ex rel. Indus. Energy Users–Ohio v. Pub. Util. Comm.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition.

Upon consideration of intervening respondent the Dayton Power & Light Company's motion for leave to intervene, it is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2013–1101.   Trumbull Cty. Bar Assn. v. Marcheskie.**
On August 13, 2013, this court imposed an interim default suspension upon respondent in this matter. On February 27, 2014, this matter was remanded to the board for further proceedings.

In *In re Resignation of Marcheskie*, case No. 2014–1045, this court accepted respondent's resignation with disciplinary action pending.

Therefore, it is ordered by the court that Supreme Court case No. 2013–1101 is dismissed as moot.

**2013–1620.   Akron Bar Assn. v. Naumoff.**
This matter came on for consideration by the court upon the filing of a final report by the Board of Commissioners on Grievances and Discipline recommending a sanction against respondent.

In *In re Resignation of Naumoff*, case No. 2014–0998, this court accepted respondent's resignation with disciplinary action pending.

Therefore, it is ordered by the court that Supreme Court case No. 2013–1620 is dismissed as moot.

# CASE ANNOUNCEMENTS

*July 21, 2014*

[Cite as *07/21/2014 Case Announcements*, 2014-Ohio-3173.]

## MOTION AND PROCEDURAL RULINGS

**2014–1126.   Radatz v. Fed. Natl. Mtge. Assn.**
Cuyahoga App. No. 100205, 2014-Ohio-2179. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Stephen E. Hart, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

# CASE ANNOUNCEMENTS

*July 22, 2014*

[Cite as *07/22/2014 Case Announcements*, 2014-Ohio-3194.]